[No. 38784-1-II. Division Two. November 2, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. ROY EDWARD BRANDENBURG, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 08-1-00811-6, Leila Mills and M. Karlynn Haberly, JJ., entered January 16, 2009. *Reversed* and *remanded* by unpublished opinion per Bridgewater, J., concurred in by Hunt and Van Deren, JJ.

[No. 39148-1-II. Division Two. November 2, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. RAYMOND HERNANDEZ, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 07-1-00387-2, Scott E. Blinks, J. Pro Tem., entered April 8, 2009. *Remanded with instructions* by unpublished opinion per Penoyar, C.J., concurred in by Sweeney and Worswick, JJ.

[No. 39164-3-II. Division Two. November 2, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM ALEXANDER MANUS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-1-01796-0, Ronald E. Culpepper, J., entered March 27, 2009. *Affirmed* by unpublished opinion per Penoyar, C.J., concurred in by Grosse and Quinn-Brintnall, JJ.

[No. 39173-2-II. Division Two. November 2, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. ZACHARIAH GARRISON, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 08-1-01130-2, James E. Warme, J., entered April 10, 2009. *Affirmed* by unpublished opinion per Penoyar, C.J., concurred in by Sweeney and Worswick, JJ.